# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNA HALLOCK,

    Plaintiff,

v.                                                  CASE NO. 8:17-cv-417-T-26TBM

KIA MOTORS FINANCE,

    Defendant.
_____/

# **O R D E R**

On April 7, 2017, the Court entered an order at docket 8 denying Defendant's motion to dismiss and to stay and directing Plaintiff's counsel to file an expedited response to Defendant's motion to compel arbitration on or before April 14, 2017. Because Plaintiff's counsel failed to file a timely response, the Court assumes Plaintiff has no objection to the motion to compel arbitration. The Court, nevertheless, has closely examined the Retail Installment Contract entered into between the parties attached to Defendant's motion as Exhibit A. Based on that examination, and in light of the law of arbitration, the Court can only conclude that Defendant's contentions that it has established that there is a valid arbitration agreement between the parties and that the arbitration agreement encompasses the claims brought in this case by Plaintiff against Defendant, are correct. **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

    1) The Motion to Compel Arbitration (Dkt. 7) is **granted**.

2) The parties are directed to arbitrate the claims alleged in Plaintiff's complaint in accord with the arbitration agreement embodied in the Retail Installment Contract attached to Defendant's motion as Exhibit A.

3) All proceedings in this case are **stayed** pending arbitration by the parties.

4) The Clerk is directed to **administratively close** this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on April 17, 2017.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record