UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA HALLOCK,

        Plaintiff,

v.                                 CASE NO. 8:17-cv-00417-RAL-TBM

KIA MOTORS FINANCE,

        Defendant.

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1.    On February 21, 2017, Plaintiff sued Defendant.

2.    Defendant has been served with process and has not served an answer or a motion for summary judgment.

3.    This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4.    A receiver has not been appointed in this case.

5.    This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.    Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7.    This dismissal is with prejudice.

Dated: June 2, 2017            Respectfully submitted,

           By: /s/ *Jon P. Dubbeld*
           Jon P. Dubbeld
           Fla. Bar No. 105869
           Berkowitz & Myer
           2820 1st Avenue North
           St. Petersburg, Florida 33713
           (727) 344-0123 – phone
           jon@berkmyer.com

           Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned counsel has this date, June 2, 2017, electronically filed Plaintiff's Notice of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in this case and as follows:

Joelle C. Sharman
Lewis Brisbois Bisgaard & Smith LLP
3812 Coconut Palm Dr., Ste. 200
Tampa, FL  33619

           /s/ *Jon P. Dubbeld*
           Jon P. Dubbeld